ANTHONY GOLDSMITH, Esq (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
21550 Oxnard Street, Suite 300
Woodland Hills, CA  91367
Telephone:  (818) 213-2762
Facsimile:  (510) 359-4419
agoldsmith@dmglawfirm.com
eservice@dmglawfirm.com

Attorneys for Plaintiff
THOMAS M. HOLLENSTEIN

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. HOLLENSTEIN,<br><br>              Plaintiff,<br><br>v.<br><br>HIGHLAND PARK PATIENT COLLECTIVE, INC., DBA THE PLANT, ORGANIC PROPERTIES ERWIN STREET, LLC and DOES 1 through 10, Inclusive,<br><br>              Defendants. | CASE NO. 2:23-cv-06231-PA-MAA<br><br>Civil Rights<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS** |

  NOTICE IS HEREBY GIVEN that Plaintiff, Thomas M. Hollenstein, hereby dismisses this action in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

  The named Defendants Highland Park Patient Collective, Inc., dba The Plant and Organic Properties Erwin Street, LLC have not filed an answer, other responsive pleading or a summary judgment in this action. Further, no cross-claim or counter-claim has been filed in this action.

| | | |
|---|---|---|
| 1 | Date: November 2, 2023 | DERBY, McGUINNESS & GOLDSMITH, LLP |
| 2 | | |
| 3 | | /s/ Anthony Goldsmith |
| | | By: Anthony Goldsmith, Esq. |
| 4 | | Attorneys for Plaintiff |
| | | THOMAS HOLLENSTEIN |